Entered on Docket Mar 16, 2007

FILED
Western District of Washington
at Seattle

MAR 16 2007

U.S. Bankruptcy Court

Honorable Samuel J. Steiner
March 16, 2007; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>TIRSO WILFREDO ARGUETA and<br>BLANCA ESTELA ARGUETA,<br><br>Debtor(s). | Chapter 7<br>Bankruptcy No. 04-23167<br><br>ORDER ALLOWING COMPENSATION<br>AND PAYMENT TO MEDICAL<br>PROVIDER |

THIS MATTER having come on regularly before the below-signed Judge of the above-entitled court, upon the application of David J. Balint, PLLC, for compensation, and upon the motion for an order authorizing the trustee to pay a medical provider lien, god cause appearing, proper notice having been given and no objections having been received, now, therefore, it is hereby

ORDERED that David J. Balint, PLLC, is hereby allowed compensation in the amount of $8,489.17 for professional services as special counsel for the trustee and $930.56 for costs for a total of $9,419.73, and the trustee shall pay such amounts forthwith.

IT IS HEREBY FURTHER ORDERED that Divine Spine Chiropractic Studio is awarded a medical provider lien claim in the amount of $1,786.25, and the trustee shall pay such amount forthwith.

DONE IN OPEN COURT this ___16___ day of March, 2007.

SAMUEL J. STEINER
UNITED STATES BANKRUPTCY JUDGE

Presented By:

James Rigby, Trustee

ORDER ALLOWING COMPENSATION
AND PAYMENT TO MEDICAL PROVIDER
070208bOrd  Page 1

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101 - (206) 441-0826

ORIGINAL