IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>TIRSO WILFREDO ARGUETA and<br>BLANCA ESTELA ARGUETA,<br><br>Debtor(s). | Chapter 7<br>Bankruptcy No. 04-23167<br><br>EX PARTE MOTION FOR AN<br>ORDER AUTHORIZING TRUSTEE<br>TO PAY EXEMPTION |

COMES NOW the duly appointed trustee, James Rigby, and files this *Ex Parte* Motion for an Order Authorizing Trustee to Pay Exemptions.

The estate has recovered $25,467.50 out of a personal injury claim and $5.58 accrued interest. The estate has paid special counsel $9,419.73, and has paid Divine Spine Chiropractic Studio a medical services preferred claim in the amount of $1,786.25, leaving a balance in the account of $14,267.10. The debtor has filed a claim of exemption against these proceeds in the amount of $15,000.

WHEREFORE, the trustee prays for an order authorizing him to pay the $14,267.10 to the debtors as their exemption.

DATED this 19th day of March, 2007.

/S/ *James Rigby*

James Rigby, Trustee

**EX PARTE MOTION FOR AN
ORDER AUTHORIZING TRUSTEE
TO PAY EXEMPTION**
070319aMot Page 1

**THE RIGBY LAW FIRM**
600 Stewart Street, Suite 1908
Seattle, WA 98101 - (206) 441-0826