1                                                  Honorable Samuel J. Steiner
                                                    May 11, 2007; 9:30 a.m.

2

3

4

5

6             IN THE UNITED STATES BANKRUPTCY COURT FOR THE
                WESTERN DISTRICT OF WASHINGTON AT SEATTLE

7

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
| 8 | ) | Bankruptcy No. 04-23167 |
| TIRSO WILFREDO ARGUETA and | ) | |
| 9   BLANCA ESTELA ARGUETA, | ) | ORDER AUTHORIZING TRUSTEE |
| | ) | TO ABANDON PROPERTY OF |
| 10        Debtor(s). | ) | THE ESTATE |
| | ) | |

11

12          THIS MATTER having come regularly before the undersigned judge of the above-entitled

13 court, notice having been given to the creditors, and no objection having been filed, now, therefore,

14 it is hereby

15          ORDERED that the trustee, James Rigby, is allowed to and hereby does abandon the

16 following assets: the bad faith insurance claim against Allstate Insurance Company, and the balance

17 of the funds in the estate's checking account in the approximate amount of $10.

18          DONE IN OPEN COURT this 8th day of May, 2007.

19

20                                          _____

21                                          SAMUEL J. STEINER
                                         UNITED STATES BANKRUPTCY JUDGE

22 Presented By:

23

24      /S/ *James Rigby*

25   James Rigby, Trustee

**ORDER AUTHORIZING TRUSTEE TO**
**ABANDON PROPERTY OF THE ESTATE**
070411dOrd   Page 1

**THE RIGBY LAW FIRM**
600 Stewart Street, Suite 1908
Seattle, WA 98101 - (206) 441-0826